NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**COSMO LIGHTING INC.,**
*Appellant*

**v.**

**ORSTAR INDUSTRIAL CO. LTD.,**
*Appellee*

---

2017-1804

---

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. IPR2015-01787.

---

**JUDGMENT**

---

ROBERT H. SLOSS, Procopio, Cory, Hargreaves and Savitch LLP, Palo Alto, CA, argued for appellant.

STEVEN HENDERSON WASHAM, Washam PLLC, Dallas, TX, argued for appellee.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (TARANTO, BRYSON, and STOLL, *Circuit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

| February 13, 2018 | /s/ Peter R. Marksteiner |
|---|---|
| Date | Peter R. Marksteiner |
| | Clerk of Court |